## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN J. HOWARD<br><br>Petitioner,<br><br>vs.<br><br>AL JAZEERA AMERICA, LLC,<br>AL JAZEERA MEDIA NETWORK,<br>AL JAZEERA INTERNATIONAL (USA) INC.,<br>AND DEBORAH DAVIES<br><br>Respondents. | Case No. 18-mc-00130<br><br>RELATED CASES:<br>*Ryan W. Zimmerman, et al. v.*<br>*Al Jazeera America, LLC, et al.*,<br>Case Nos. 16-cv-00013 & 16-cv-00014 (KBJ) (RMM) (D.D.C.)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Matthew Graves, a Partner for the law firm DLA Piper LLP (US), who is admitted to practice in this Court, hereby appears as counsel for the Respondents, Al Jazeera America, LLC, Al Jazeera Media Network, Al Jazeera International (USA) Inc., and Deborah Davies, and requests that all papers in the action be served upon the undersigned at the address stated below.

Dated:  Washington, D.C.
        November 27, 2018

**DLA PIPER LLP (US)**

/s/ *Matthew Graves*
Matthew Graves (#481052)
500 Eighth Street, NW
Washington, DC 20004
Phone: (202) 799-4469
Fax: (202) 799-5152
Matthew.graves@dlapiper.com

*Counsel for Petitioners Al Jazeera America, LLC, Al Jazeera International (USA) Inc., Al Jazeera Media Network, and Deborah Davies*