**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RYAN J. HOWARD<br><br>　　Petitioner,<br><br>　　vs.<br><br>AL JAZEERA AMERICA, LLC,<br>AL JAZEERA MEDIA NETWORK,<br>AL JAZEERA INTERNATIONAL (USA) INC.,<br>AND DEBORAH DAVIES<br><br>　　Respondents. | Case No. 18-mc-00130<br><br>RELATED CASES:<br>*Ryan W. Zimmerman, et al. v. Al Jazeera America, LLC, et al.*,<br>Case Nos. 16-cv-00013 & 16-cv-00014 (KBJ) (RMM) (D.D.C.) |

**MOTION FOR LEAVE TO FILE**

　　On October 26, 2018, Respondents emailed the Court a request to file a sur-reply in further opposition to Petitioner's Motion to Quash Subpoena to Verizon Wireless (ECF No. 1). On that same day, the Court entered a minute order granting Respondents' request and directing them to file to their sur-reply on or before November 5, 2018. Respondents' counsel unfortunately did not see the Court's minute order granting their request until November 27, 2018, at which point they promptly requested permission to file their sur-reply. On November 29, 2018, Respondents were directed by Chambers to file the instant request on the Docket. Accordingly, Respondents now respectfully request permission to promptly file their sur-reply. Respondents notified Petitioner of their intent to submit this request and Petitioner advises that he takes no position.

1

2

Respectfully submitted,

**DLA PIPER LLP (US)**

/s/ *Matthew Graves*
Matthew Graves (#481052)
500 Eighth Street, NW
Washington, DC 20004
Phone: (202) 799-4469
Fax: (202) 799-5152
Matthew.graves@dlapiper.com

*Counsel for Respondents Al Jazeera America, LLC, Al Jazeera International (USA) Inc., Al Jazeera Media Network, and Deborah Davies*